UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21413-ALTMAN/Sanchez

**GIGI LO**,

    *Plaintiff*,

v.

**NCL (BAHAMAS) LTD.**,

    *Defendant.*

_____/

**ORDER TO SHOW CAUSE**

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on April 16, 2024, giving it until July 15, 2024, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendant. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve the Defendant and to file proof of service on the docket by **July 15, 2024**. Failure to serve by that date will result in dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on June 17, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record